## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NATHAN LEWIS | * | C. A. NO. 2:12-cv-2207 |
| Plaintiff, | * | JUDGE: MARY ANN VIAL LEMMON |
| | * | MAG. JUDGE: SALLY SUSHAN |
| VERSUS | * | |
| M/V BALTIC PANTHER, IN REM, BALTIC PANTHER LIMITED, & COOPER/ T. SMITH MOORING CO., INC. | * | |

## FIRST SUPPLEMENTAL, AMENDING AND RESTATED COMPLAINT

The First Supplemental, Amending and Restated Complaint of Nathan Lewis (hereinafter referred to as "Complaintant"), a person of the full age of majority and domiciled in St. Charles Parish, Louisiana, with respect, represents:

1.

This is a complaint for damages pursuant to 33 U.S.C.A. §905(b), the Longshore and Harbor Worker's Compensation Act, and under the general maritime law.

2.

The amount in controversy exceeds $75,000, exclusive of interests and costs.

3.

The following parties are cited herein as the defendants:

    A. M/V BALTIC PANTHER, IN REM, a 31,117 gross ton bulk carrier, at all times material berthed at the Archer Daniels Midland Company ("ADM') dock in Ama, Louisiana.

B. Baltic Panther Limited, the owner of the M/V BALTIC PANTHER, is a foreign corporation not licensed to, but doing business in the Eastern District of Louisiana and at all times material responsible for damage and injury caused by its vessel.

C. Cooper/T. Smith Mooring Co., Inc. ("Cooper T. Smith") is a Louisiana corporation authorized to do and doing business in the Eastern District of Louisiana at the time of the acts complained of herein. It may be served through its Registered Agent for Service Process, C T Corporation System, 5615 Corporate Blvd. Ste. 400B, Baton Rouge, LA 70808.

4.

Said defendants are solidarily liable herein for damages resulting from the incident complained of hereafter.

5.

At all times pertinent herein, Complaintant was a longshoreman employed by ADM as a barge crew foreman, and was assigned to work on the dock at the ADM Growmark Facility and other areas owned and or controlled by ADM and located at 11079 River Road on the Mississippi River in Ama, Louisiana.

6.

On or about April 11, 2011, Complaintant was on the wharf adjacent to the M/V BALTIC PANTHER which was at all times material tied alongside the Archer Daniel Midland facility engaged in the loading of grain products from this facility.

7.

On or about April 11, 2011 at approximately 9:30 a.m., Complainant was in the vicinity of the M/V BALTIC PANTHER when he was abruptly warned that one of the vessels mooring lines appeared in imminent threat of breaking and urging him to run out of harm's way.

8.

Complaintant, believing that he was in imminent danger, immediately turned and began to run away from the threat of the line breaking.

9.

As a result of this sudden turn and the need to run escape this danger, Plaintiff sustained serious injury to his neck and back, and is now disabled from his occupation as a longshoreman. He has and continues to receive medical care, and is in constant and continuous mental and physical pain and suffering which his physicians expect to continue for the remainder of his life.

10.

At all times material herein, Cooper T. Smith is believed to be the company hired by the owners and/or operator of the M/V BALTIC PANTHER to assist in tying and untying the vessel from the ADM dock.

11.

The negligence of the owner and/or operator of the M/V BALTIC PANTHER and the negligence of Cooper T. Smith in failing to maintain control of the M/V BALTIC PANTHER, and allowing the vessel to be placed into a position where one or more of its mooring lines ruptured or were in imminent threat of breaking thereby threatening those in the area with immediate physical harm, were the sole and proximate cause of Complainant's injury and resulting damages.

12.

As a direct result of this accident, the Complainant sustained serious injuries to his mind and body, including past and future mental and physical pain and suffering, lost wages, loss of future earning capacity, past and future medical expenses, and related expenses.

13.

That by reason of the aforesaid negligence and fault of the defendants, Complaintant has been damaged and is entitled to recover such an amount as will fully, fairly and completely compensate him for those damages.

WHEREFORE, the premises considered, Complainant prays for service and citation upon the defendants in accordance with law, and after all necessary delays, that there be judgment herein in favor of Complaintant, Nathan Lewis and against defendants, M/V BALTIC PANTHER, IN REM, Baltic Panther Limited, and Cooper/T. Smith Mooring Co. Inc., for all relief prayed, including all costs, and for all of such further relief to which Complaintant may be entitled.

Respectfully submitted,
**KOCH & SCHMIDT, L.L.C.**
*/s/ R. Joshua Koch, Jr.*
R. JOSHUA KOCH, JR., La. Bar No. #7767
650 Poydras Street, Suite 2415
New Orleans, Louisiana 70130
Telephone: (504) 208-9040
Facsimile: (504) 208-9041
Email: jkoch@kochschmidt.com
*Attorney for Plaintiff, Nathan Lewis*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing was forwarded to the following via the electronic mailing system this 1st day of October, 2012:

Meredith Wilson Blanque
Phelps Dunbar
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
meredith.blanque@phelps.com

David M. Flotte, Esq.
Preis & Roy
Pan American Life Center
Suite 1700, 601 Poydras Street
New Orleans, Louisiana  70130
dmf@preisroy.com

/s/*R. Joshua Koch, Jr.*
R. Joshua Koch, Jr.