UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NATHAN LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-2207** |
| **M/V BALTIC PANTHER, IN REM, BALTIC PANTHER LIMITED & COOPER/T. SMITH MOORING CO., INC.** | **SECTION: "S" (1)** |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Cooper/T. Smith Mooring Co., Inc.'s Motion to Require In Rem Appearance by M/V BALTIC PANTHER (Doc. #50) is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that the docket sheet in this matter be amended to reflect that the M/V BALTIC PANTHER, in rem, is represented by Gary Alan Hemphill and Meredith W. Blanque of Phelps Dunbar, LLP.

Baltic Panther Limited has filed a Verified Claim of Owner asserting its right to defend the action on behalf of the M/V BALTIC PANTHER, in rem, pursuant to Rule C of the Supplemental Rules of Admiralty. (Doc. #48). When the vessel owner files such a claim regarding the vessel, it has appeared on the vessel's behalf and the court obtains in rem jurisdiction over the vessel. Cactus Pipe & Supply Co., Inc. v. M/V MONTMARTRE, 756 F.2D 1103, 1108 & 1110 (5th Cir. 1985).

Further, Baltic Panther Limited has answered plaintiff's complaint and Cooper/T. Smith's Rule 14(c) tender on the M/V BALTIC PANTHER's behalf, and does not assert that plaintiff did not properly serve the vessel. See Benson v. Family Health Ctr. Inc., 339 Fed. Appx. 486, 488 (5th Cir. 2009) ("A defendant does indeed waive insufficient service of process as a defense to a claim for relief by filing an answer without objecting to service of process."). Therefore, the M/V BALTIC

PANTHER has appeared in this litigation in rem, as to all parties and Cooper/T. Smith's motion is moot.  Although it was an omission that the docket sheet does not reflect the representation it will be amended to show that Gary Alan Hemphill and Meredith W. Blanque of Phelps Dunbar, LLP represent the M/V BALTIC PANTHER, in rem.

New Orleans, Louisiana, this __30th__ day of September, 2013.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE