UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NATHAN LEWIS**                                              **CIVIL ACTION**

**VERSUS**                                                         **NO. 12-2207-MVL-SS**

**M/V BALTIC PANTHER, et al**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that:

1. The oral request of the plaintiff, Nathan Lewis ("Lewis"), for additional time is DENIED.

2. Baltic Panther Limited is awarded attorneys' fees of $3,834.50 and Cooper/T. Smith Mooring Co., Inc. is awarded attorneys' fees of $2,115.00 as the reasonable fees for work performed on their behalf because of Lewis' refusal to honor his settlement agreement.

3. The motion of the intervenors, R. Joshua Koch, Jr., the law firm of Koch & Schmidt, LLC, Gino J. Rendeiro, David E. Kavanagh and the law firm of Kavanagh & Rendeiro, for summary judgment (Rec. doc. 156) is DENIED in PART as to their request that Defendants pay them directly their fees and costs and is DENIED in PART without prejudice to their right to refile the motion after Defendants deposit the net amount of their contributions to the settlement into the Registry of the Court.

New Orleans, Louisiana, this __5th__ day of ____January____, 201<u>5</u>.

                                                   *(signature)*
                                           **MARY ANN VIAL LEMMON**
                                           **United States District Judge**